AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF ____MASSACHUSETTS____

UNITED STATES

V.

RICCARDO D'ORSAINVILLE

**EXHIBIT AND WITNESS LIST**

Case Number: 13-MJ-2021-MBB

| PRESIDING JUDGE<br>Judge Bowler | PLAINTIFF'S ATTORNEY<br>S. Wright | DEFENDANT'S ATTORNEY<br>J. Pucci |
|---|---|---|
| TRIAL DATE(S)<br>07/25/2013 | COURT REPORTER<br>Digital | COURTROOM DEPUTY<br>B. Garvin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/25/2013 | | | Government calls Robert Bosken |
| 1 | | 7/25/2013 | x | x | Department of Veteran's Affairs Memorandum for record |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages